■ ANN BRADY, Respondent, v COUNTY OF NASSAU, Appellant, et al., Defendant. (And Another Action.)—Order of the Supreme Court, Nassau County, dated April 23, 1985, affirmed, with costs, for reasons stated by Justice McCaffrey at Special Term. Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.